IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUHAMEL BROADCASTING ENTERPRISES, | ) ) ) | 8:03CV47 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER and JUDGMENT |
| STRUCTURAL SYSTEMS TECHNOLOGY, INC. | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the findings made on the record at trial on May 26, 2005, and the Memorandum Opinion issued this date, the court finds that plaintiff's oral motion for judgment as a matter of law on issues of liability should be granted. Pursuant to the jury's verdict, Filing Nos. 63 and 64, the court finds judgment should be entered in favor of plaintiff and against defendant for damages in the amount determined by the jury. Accordingly,

IT IS HEREBY ORDERED that:

1. Plaintiff's oral motion for judgment as a matter of law is granted;

2. Judgment is entered in favor of plaintiff and against defendant in the amount of $3,239,243.01, plus taxable costs in an amount to be determined pursuant to NECivR 54.1.

3. The clerk of court is directed to file copies of this Order and Judgment and the court's Memorandum Opinion, Filing No. 67, in the consolidated cases of *Fireman's Fund v. Structural Systems Technology*, No. 8:03CV341, and *Structural Systems technology v. National Fire and Marine*, No. 8:04CV194.

DATED this 8th day of June, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE