IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUHAMEL BROADCASTING ENTERPRISES, | ) ) ) | |
| Plaintiff, | ) ) | 8:03cv47 |
| v. | ) ) ) | |
| STRUCTURAL SYSTEMS TECHNOLOGY, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

The Clerk's Office has requested that Document Numbers 81 and 83 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF documents attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Documents Number 81 and 83 from the record. The party is directed to re-file the documents.

DATED this 1st day of September, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge